*W. Brown Higbee,* of *Higbee, Matthews & Lewellyn,* with him *C. W. Martin,* for appellee.

PER CURIAM, April 27, 1936:

The judgment is affirmed on the opinion of President Judge HUDSON of the court below.

### Richards, Appellant, *v.* Pittsburgh Railways Company.

Argued April 23, 1936.

Before KELLER, P. J., CUNNINGHAM, BALDRIGE, STADTFELD, PARKER, JAMES and RHODES, JJ.

*Ben Paul Jubelirer,* for appellant.

*Walter M. Lindsay,* with him *J. R. McNary,* for appellee.

PER CURIAM, April 27, 1936:

The judgment is affirmed on the opinion of Judge SOFFEL of the court below.

## Commonwealth *v.* McMenamin (et al., Appellant).

